_____

No. 95-1979
_____

Patricia Lee,                           *
                                        *
        Appellant,                      *
                                        *   Appeal from the United States
    v.                                  *   District Court for the
                                        *   Eastern District of Missouri.
Junior College District, doing          *
business as St. Louis Community         *            [UNPUBLISHED]
College,                                *
                                        *
        Appellee.                       *

_____

Submitted:  July 1, 1996

    Filed:  July 5, 1996
_____

Before BEAM, LOKEN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.
_____

PER CURIAM.


    Patricia Lee appeals the district court's[1] adverse grant of summary judgment in her employment discrimination action.  Having carefully reviewed the record, we conclude the district court's judgment was correct, and further discussion is not warranted.  Affirmed.  See 8th Cir. R. 47B.


    Lee's motions to supplement the record are denied.

_____

    [1]The Honorable Catherine D. Perry, United States District Judge for the Eastern District of Missouri.

A true copy.

Attest:

      CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.